JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 16, 2010

Check No. 2010770

Check Amount: $2,926.78

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-30081-R | 00015 | JOSEPH G. & REBECCA J. WASHBURN | 16 | XXXXX5174 | 479.10 | 0.00 | 479.10 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-40499-R | 10011 | MATTHEW C. & MELISSA A. FLACH | 1 | XXXXX7135 | 0.64 | 0.00 | 0.64 |
| | | Original check written to:<br>CITIFINANCIAL<br>1305 SOUTH HIGHWAY 121 #410<br>LEWISVILLE, TX 75067-5902 | | | | | |
| 05-41565-R | 00049 | ALFRED HOWARD GIBBS & TARSHA MONIQUE HOWARD | 16 | XXXXX1584 | 7.14 | 0.00 | 7.14 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00010 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 17 | XXXXX4445 | 37.12 | 0.00 | 37.12 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00011 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 16 | XXXXX9922 | 28.49 | 0.00 | 28.49 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |
| 05-42892-R | 00012 | MELVIN DWIGHT & NATASHA VICTINEZE FOSTER | 18 | XXXXX6310 | 27.95 | 0.00 | 27.95 |
| | | Original check written to:<br>CAPITAL ONE<br>C/O TSYS DEPT MANAGEMENT<br>P. O. BOX 5155<br>NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 16, 2010

Check No. 2010770

Check Amount: $2,926.78

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 05-42945-R | 00008 | RODNEY D. & MICHELLE C. PALMOUR | 9 | 0083 | 17.01 | 0.00 | 17.01 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-43637-R | 00012 | RENE DELEON FIGUEREDO | 10 | 0322 | 6.16 | 0.00 | 6.16 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-43637-R | 00030 | RENE DELEON FIGUEREDO | 9 | 2029 | 15.79 | 0.00 | 15.79 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 05-44391-R | 00027 | PAULA D. DAVIS | 5 | XXXXX4196 | 21.70 | 0.00 | 21.70 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 06-40126-R | 00023 | THAD LEON TUCKER, JR. & AMY RENEE TUCKER | 1 | XXXXX6813 | 142.25 | 0.00 | 142.25 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 07-40602-R | 00011 | PATRICIO GANDIONCO & ROSARIO CALO MANCOL | 8 | XXXXX1833 | 182.54 | 0.00 | 182.54 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |

JANNA L. COUNTRYMAN, Standing Chapter 13 Trustee

Date: August 16, 2010

Check No. 2010770

Check Amount: $2,926.78

## NOTICE TO DEPOSIT FUNDS

| Case No. | Claim ID | Debtor Name(s) | Court Claim # | Account No./SSN | Principal | Interest | Total |
|---|---|---|---|---|---|---|---|
| 07-40602-R | 00012 | PATRICIO GANDIONCO & ROSARIO CALO MANCOL | 9 | XXXXX6039 | 92.46 | 0.00 | 92.46 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| 07-50231-R | 00033 | DAVID LEE & GINA MARIE HOWARD | 4 | 1201 | 16.05 | 185.97 | 202.02 |
| | | Original check written to: HSBC 636 GRAND REGENCY BOULEVARD BRANDON, FL 33509 | | | | | |
| 07-50231-R | 00041 | DAVID LEE & GINA MARIE HOWARD | 12 | 1201 | 370.79 | 358.06 | 728.85 |
| | | Original check written to: HSBC 636 GRAND REGENCY BOULEVARD BRANDON, FL 33509 | | | | | |
| 09-41082-R | 00016 | RYAN R & MY J SCHEFKE | 7 | 4669 | 937.56 | 0.00 | 937.56 |
| | | Original check written to: CAPITAL ONE C/O TSYS DEPT MANAGEMENT P. O. BOX 5155 NORCROSS, GA 30091-5155 | | | | | |
| | | | **TOTALS** | | **$2,382.75** | **$544.03** | **$2,926.78** |